UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATA LBS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YELLOWPAGES.COM LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-01865-JCS<br><br>**ORDER REQUESTING RESPONSE TO PLAINTIFF'S NOTICE OF TRANSFER ERROR**<br><br>Re: Dkt. No. 78 |

Plaintiff has filed a Notice of Transfer Error requesting that the Court close this action on the basis that it was transferred to the Northern District in error. Defendant is requested to provide a response, not to exceed five (5) pages, informing the Court as to whether it opposes the request and, if applicable, the reasons for its opposition to closing the case. Defendant shall file its response by Wednesday, May 7, 2014.

**IT IS SO ORDERED.**

Dated: May 2, 2014

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge