UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCATA LBS LLC,<br><br>      Plaintiff,<br><br>v.<br><br>YELLOWPAGES.COM LLC ET AL.,<br><br>      Defendant(s). | Case No.: C 14-01865 JCS<br><br>[~~PROPOSED~~] **ORDER RE NOTICE OF TRANSFER ERROR** |

1    Upon considering the Notice of Transfer Error filed by Locata LBS LLC, it is hereby
2    ORDERED that this action be closed in its entirety.

4    **IT IS SO ORDERED**

6    Dated: __May 9_____, 2014

                                    _____
                                    HON. JOSEPH C. SPERO
                                    UNITED STATES MAGISTRATE JUDGE
                                    NORTHERN DISTRICT OF CALIFORNIA